**IT IS ORDERED as set forth below:**



Date: August 31, 2017

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 14-71797 - PWB |
| HP/SUPERIOR, INC., | CHAPTER 7 |
| Debtor. | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of HP/SUPERIOR, INC., | ADVERSARY PROCEEDING NO. 16-05288-PWB |
| Plaintiff, | |
| v. | |
| ALTACARE CORPORATION, | |
| Defendant. | |

**ORDER AUTHORIZING AND DIRECTING MEDIATION AND STAYING ALL**

11276437v1

## DISCOVERY AND CASE DEADLINES

S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate of HP/Superior, Inc. and plaintiff herein ("**Trustee**"), and Altacare Corporation, the defendant herein ("**Defendant**" and with Trustee, the "**Parties**"), have requested that they be authorized to participate in mediation with regard to the issues in this proceeding. It appears that the most productive form of mediation is to designate a current bankruptcy judge with no assignment or responsibility for these proceedings as a settlement judge to serve as a neutral mediator and that Bankruptcy Judge Mary Grace Diehl is qualified and suitable to serve in that capacity.

For good cause shown, it is hereby **ORDERED** as follows:

1. The Parties to this proceeding shall mediate the issues and disputes presented in these proceedings. Bankruptcy Judge Mary Grace Diehl is designated as a settlement judge with regard to this matter for the purpose of conducting mediation proceedings as the neutral mediator. Such mediation shall be conducted at a time and place and in accordance with procedures mutually agreed upon by the parties and Judge Mary Grace Diehl.

2. Because Judge Mary Grace Diehl will be serving as the neutral mediator in this matter matter and because the nature of the mediation process requires ex parte contacts and communications between the neutral mediator and each of the sides, the prohibitions of FED. R. BANKR. P. 9003 do not apply to communications among the Parties, their attorneys, and Judge Mary Grace Diehl in connection with the mediation proceedings. The Parties and their attorneys attorneys may, therefore, have ex parte communications with Judge Mary Grace Diehl in the judge's capacity as the neutral mediator in connection with the mediation proceedings.

3. All communications made by the Parties or their attorneys to each other or to Judge

11276437v1 2

Mary Grace Diehl in connection with the mediation process, the conduct and demeanor of the Parties and their counsel during the mediation, and any documents prepared or produced in connection with the mediation process, including Judge Mary Grace Diehl's notes or records, shall be confidential and shall not be admissible in evidence or the subject of any discovery in any proceeding (unless admissible or discoverable without regard to the mediation).  The mediation sessions and any conferences or proceedings in connection therewith shall be treated as compromise negotiations for purposes of the Federal Rules of Evidence, the Georgia Rules of Evidence, or any rules of evidence of any other jurisdiction.  No record will be made of the mediation proceedings.  Judge Mary Grace Diehl is disqualified from appearing as a witness in any matter, and shall not be called as a witness, with regard to the mediation or any matter arising out of or related thereto.  It is further

    **ORDERED** that all discovery and case deadlines in this adversary proceeding are stayed until further Order of this Court and that either Party may request that this stay be lifted at any time.

**[END OF DOCUMENT]**

11276437v1 3

Prepared and consented to by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW
Suite 2100
Atlanta, GA 30363
404-873-7030

Consented to by:

THE FALCONE LAW FIRM, P.C.
A*ttorneys for Defendant*

By: */s/ Ian M. Falcone* (with express permission by Michael J. Bargar)
    Ian M. Falcone
    Georgia Bar No. 254470
    imf@falconefirm.com
363 Lawrence Street
Marietta, GA 30060
Ph: 770.426.9359

**Identification of entities to be served:**

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

Ian M. Falcone
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, Georgia 30060

11276437v1